IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY I. HUDSON, :
:
    Plaintiff(s), :
: Case Number: 1:06cv664
vs. :
: District Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Timothy S. Hogan filed on March 7, 2008(Doc. 15), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired March 27, 2008, hereby ADOPTS said Report and Recommendations.

Accordingly, the decision of the Commissioner is **AFFIRMED** and this case is **DISMISSED** from the docket of this Court.

IT IS SO ORDERED.

                                                            Susan J. Dlott
                                                            United States District Judge